UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6194**

18 USC 922(g)(1)  **CR - DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

RAMON DELVALLE,
a/k/a "Raymond Delvalle"
_____/

### INDICTMENT

The Grand Jury charges that:

On or about January 20, 2000, at Hallandale, Broward County, in the Southern District of Florida, the defendant,

**RAMON DELVALLE,**
**a/k/a "Raymond Delvalle",**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that is, a

Rohm .22 caliber revolver; in violation of Title 18, United States Code, Section 922(g)(1).

                                        A TRUE BILL

                                        _____
                                        FOREPERSON

_____
GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

_____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

RAMON DELVALLE
a/k/a "Raymond Delvalle

CASE NO. 00-6194
CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

CERTIFICATE OF TRIAL ATTORNEY

Superseding Case Information:

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect  _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_      Petty        ___
   II   6 to 10 days    ___      Minor        ___
   III  11 to 20 days   ___      Misdem.      ___
   IV   21 to 60 days   ___      Felony       _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _99-6062-CR-HURLEY_
Defendant(s) in federal custody as of _01/20/00_
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0588040

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

00 - 6194

Defendant Name: RAMON DELVALLE a/k/a "Raymond Delvalle"   Case No. _____

CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

Count #:   I

   18 USC 922(g)(1)/Felon in Possession of a Firearm

*Max Penalty: 10 Years' Maximum Term of Imprisonment

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FORM DBD-34
JUN. 85

No. **00 - 6194** CR - DIMITROULEAS

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CRIMINAL Division

## THE UNITED STATES OF AMERICA

vs.

RAMON DELVALLE
a/k/a "Raymond Delvalle"

## INDICTMENT

In violation of 18 USC 922(g)(1)

A true bill.

_[signature]_
FGJ 99-03 (MIA)
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

MAGISTRATE JUDGE
SNOW