# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RAMON DELVALLE
a/k/a "Raymond Delvalle"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6194-CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___RAMON DELVALLE a/k/a "Raymond Delvalle"___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

[Stamp: JUL 13 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. MIAMI]

charging him or her with (brief description of offense)
felon in possession of a firearm.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

BARRY L. GARBER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

MAGISTRATE JUDGE GARBER
Title of Issuing Officer

7-13-2000  Miami, Florida
Date and Location

Bail fixed at $ __PTD__ by __BARRY L. GARBER__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

## BOND RECOMMENDATION

DEFENDANT RAMON DELVALLE a/k/a "Raymond Delvalle"

$ PTD            (Personal Surety, Recognizance, Corporate Surety, Cash)
                 (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

*[signature]*
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility_____

Agent_____HOWARD GREENE, ATF_____
       (FBI)    (SECRET SERVICE)    (DEA)    (IRS)    (CUSTOMS)    (ATF)