UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-DIMITROULEAS

UNITED STATES OF AMERICA            )
                                    )
v.                                  )
                                    )
RAMON DELVALLE                      )
                                    )
---------------------------------------------------)

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This

response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is

numbered to correspond with Local Rule 88.10.

- A.    1.    Please find attached Miranda waiver forms executed by the defendant.

     2.    Please find attached 16 cassette tapes containing conversations had by the
           defendant. Please also find attached an FBI-302 report containing
           statements made by the defendant.

     3.    No defendant testified before the Grand Jury.

     4.    The NCIC record of the defendant is attached.

     5.    Books, papers, documents, photographs, tangible objects, buildings or
           places which the government intends to use as evidence at trial to prove its
           case in chief, or were obtained or belonging to the defendant may be
           inspected at a mutually convenient time at the Office of the United States
           Attorney, 99 Northeast 4th Street, Miami, Florida, Suite 600. Please call
           the undersigned to set up a date and time that is convenient to both parties.



The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.    Please find attached the fingerprint comparison report prepared in connection with this case.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). Please be advised that no latent fingerprints were recovered from the automobile which was the subject of the carjacking in this case. Please also be advised that one of the two victims in this case provided a photographic identification of defendant which she termed was "75%" positive.

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.    The defendant was not identified in a lineup, show up, photo spread or similar identification proceedings.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

2

I.          The defendant is not an aggrieved person, as defined in Title 18, United
            States Code, Section 2510(11), of any electronic surveillance.

J.          The government has ordered transcribed the Grand Jury testimony of all
            witnesses who will testify for the government at the trial of this cause.

K.          No contraband is involved in this indictment.

L.          The government does not know of any automobile, vessel, or aircraft
            allegedly used in the commission of this offense that is in the government's
            possession.

M.          The government is not aware of any latent fingerprints or palm prints which
            have been identified by a government expert as those of the defendant,
            other than the fingerprint comparison report referred to above.

N.          To date, the government has not received a request for disclosure of the
            subject-matter of expert testimony that the government reasonably expects
            to offer at trial.

O.          The government will make every possible effort in good faith to stipulate to
            all facts or points of law the truth and existence of which is not contested
            and the early resolution of which will expedite trial. These stipulations will
            be discussed at the discovery conference.

P.          At the discovery conference scheduled in Section A.5, above, the
            government will seek written stipulations to agreed facts in this case, to be
            signed by the defendant and defense counsel.

       The government is aware of its continuing duty to disclose such newly discovered
additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules
of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

       In addition to the request made above by the government pursuant to both Section B of
the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in
accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby
demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

                    Date: January 20, 2000
                    Place: Hallandale, Florida

                                            3

The attachments to this response are numbered pages ___-___. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: 

CHRISTOPHER J. CLARK
Asst. United States Attorney
Florida Bar No. 0588040
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9167
Fax: (305) 530-7976

4

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by

United States mail this 1st day of August, 2000, to:

Ana Jhones, Esq.
330 Biscayne Boulevard
Suite 625
Miami, Florida 33132

CHRISTOPHER J. CLARK
Asst. United States Attorney

5

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/08/2000

On 01/20/2000, SA Glass assisted in the arrest of RAMON DELVALLE, incident to a federal grand jury indictment, at his residence at 620 NE 2nd Court #7, Hallandale, Florida. DELVALLE, date of birth 10/29/1962, was located in the residence accompanied by his mutually co-habiting girlfriend NELLIE SANTANA. After the apartment and subject were secured, DELVALLE, in SANTANA's presence, verbally consented to a search of his residence to SA Glass.

Upon initiation of the search, SA Glass queried SANTANA as to whether there were firearms inside the residence. SANTANA replied in the negative. SA Glass asked SANTANA if she was sure as to her answer. SANTANA replied, "Yes." When SA Glass looked at DELVALLE, SA Glass observed a facial expression which gave the perception that DELVALLE had other knowledge that indicated SANTANA's answers had not been correct.

SA Glass specifically asked DELVALLE if there were firearms in the apartment. DELVALLE responded in the affirmative. DELVALLE further advised, both verbally and with a motion of his head, that a weapon was in the top left drawer of a black night-stand/dresser to the immediate right of his bed. SA Glass looked back at SANTANA and observed her to have a surprised facial expression. SA Glass confronted SANTANA as to her previous negative responses, to which she shook her head negatively and responded, "I don't know." As SA Glass turned towards the dresser, DELVALLE stated to SANTANA, in effect, "Remember, we got your father's gun?"

In the top left drawer of the dresser, SA Glass located a small, green-camouflage, nylon zippered bag. From his prior training and experience, SA Glass immediately recognized the bag to be a "gun-case". SA Glass retrieved the case, opened it, and located a silver in color, .22 caliber ROHM revolver (serial number 321165W). Upon inspection, the weapon was unloaded. However, there were eight (8) .22 caliber rounds loose in the bottom of the case.

After ensuring the weapon was safe, SA Glass secured the gun, loose rounds, and case. During the continuance of the search, SA Glass observed DELVALLE sign a FD-26 authorization to

| | | |
|---|---|---|
| Investigation on | 01/20/2000 at Hallandale, Florida | |
| File # 281H-MM-87002 | Date dictated | 02/08/2000 |
| by SA Randal A. Glass | | 00001 |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

281H-MM-87002

Continuation of FD-302 of ___RAMON DELVALLE_____ . On _01/20/2000_ . Page __2_

    search in furtherance to, and confirmation of, his previous
verbal consent. The FD-26 was executed and retained by arrest
team leader SA Glen Kelly, FBI. At the conclusion of the arrest
and search, SA Glass transferred custody of the weapon, and its
above identified accessories, to SA Mike Taylor, Florida
Department of Law Enforcement.

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

PROPERTY INVENTORY/COLLECTED PROPERTY APPRAISAL REPORT

DATE 02/16/2000

| 1. CASE NUMBER | 2. ACTION |
|---|---|
| 764020-00-0032 | ☐ RETAINED  ☐ ABANDONED  ☐ SEIZED FOR JUDICIAL FORFEITURE<br>☐ ELECTRONIC SURVEILLANCE  ☐ PURCHASED  ☑ SEIZED FOR ADMIN. FORFEITURE |

| 3. NAME OF PERSON IN WHOSE POSSESSION PROPERTY WAS FOUND | 3a. RACE | 3b. SEX | 3c. DATE OF BIRTH |
|---|---|---|---|
| DELVALLE, Raymond | WHITE | Male | 10/29/1962 |

| 4. STREET ADDRESS | 6. DATE SEIZED | 7. FREE APPRAISAL | 8. DATE TAKEN INTO ATF CUSTODY |
|---|---|---|---|
| 620 N.E. 2nd Court, Apt. #7 | 02/08/2000 | ☐ YES  ☑ NO | 02/08/2000 |

| 5. CITY,STATE,ZIP CODE AND COUNTY | 9. STORAGE LOCATION AND RATE (If Applicable) |
|---|---|
| Hallandale, FL, 33009- | IN AGENT POSSESSION |

**10. LOCATION WHERE PROPERTY WAS TAKEN INTO CUSTODY**

| a. NUMBER AND STREET | c. COUNTY | e. JUDICIAL DISTRICT |
|---|---|---|
| 620 N.E. 2nd Court, Apt. #7 | | FLS |
| b. CITY | d. STATE | |
| Hallandale | FL | |

11. SEIZURE AUTHORITY (Cite Title and Chapter)
Gun Control Act (GCA) firearms and ammunition: 18 U.S.C. Chapter 44

12. NAME AND ADDRESS OF LEGAL OWNER/LIENOR (If other than name and address above)

**13. DESCRIPTION OF PROPERTY**

| ITEM NO. (a) | DESCRIPTION OF PROPERTY (For guns include the following: Manufacturer, Type, Model, Caliber, Barrel Length, Capacity, Finish, Overall Length and Serial Number) (b) | NCIC CODE (c) | TITLE (d) | ACTION (e) | CONDITION (f) | SUITABLE FOR GOV'T USE (g) | DESIRED FOR OFFICIAL USE (h) | APPRAISED VALUE (i) |
|---|---|---|---|---|---|---|---|---|
| 001 | FIREARM: HANDGUN, MFR: ROHM, TYPE: REVOLVER, MODEL: RG-10, CAL: 22, , , , , SN: 321165W | P | T-I | SA | F | NO | NO | $50.00 |
| 002 | AMMUNITION: QTY: 8, MFR: REMINGTON, CAL: 22 | F | T-I | SA | G | NO | NO | $1.00 |

Total: $51.00

**14. NCIC ENTRY/REMOVAL INFORMATION**

| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED | 00003 |
|---|---|---|---|---|
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED | |

**14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER**

| ITEM NUMBER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATF EF 3400.16 (3-98)

15. CERTIFICATION OF SPECIAL AGENT: I certify that      ·st contains a full description of all the personal property t:      ¹nto Bureau custody
from the person named in the above-mentioned case.

| SIGNATURE OF SPECIAL AGENT | | |
|---|---|---|
| Howard Greene | *Howard ( Greene* Special Agent, Miami II Field Office | 02/16/2000 |

### 16. APPRAISAL BY SEIZING OFFICER

I certify that under the authority of 19 U.S.C., or ATF O 3400.1, as seizing officer, I have made a careful survey and examination of the property described above and to the best of my judgement and belief, each item of said property is of the value stated opposite its respective description, and that the aggregate value of all of said property is shown on the "Total" line and have appraised items No.: Item(s): 001, 002

| SIGNATURE | DATE |
|---|---|
| Howard Greene    *Howard ( Greene* Special Agent, Miami II Field Office | 2/16/2000 |

17. THIS INVESTIGATION IS ONGOING THEREFORE NO NOTICE SHOULD BE SENT TO ANY PARTIES INVOLVED.

☐ **WITHHOLD NOTICE FROM ALL PARTIES**

### 18a. TRACE INFORMATION WAS FORWARDED TO THE NATIONAL TRACING CENTER

(If no, an explanation is required in the "Remarks" section)      ☐ YES      ☐ NO

### 18b. NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORDS WERE QUERIED

(If no, an explanation is required in the "Remarks" section)      ☐ YES      ☐ NO

19. REMARKS/DISPOSITION REQUEST

FINAL DISPOSITION RECOMMENDATION      DATE: _____

☐ DESTRUCTION OF ITEM NUMBER(S) _____

☐ PLACEMENT INTO OFFICIAL USE OF ITEM NUMBER(S) _____

☐ RETURN OF ITEM NUMBER(S) _____

TO: _____
(NAME)

_____

_____
(ADDRESS)

SPECIAL AGENT: _____      DATE: _____

I CONCUR _____      I CONCUR _____

DATE            RAC/GS            DATE            SPECIAL AGENT IN CHARGE

00004

ATF EF 3400.16 (3-98)

_1/20/2000_
(Date)

_# 7_

_620 NE 2ND COURT, HALLANDALE TCS_
(Location)

I, _RAMON    DEL VALLE_ , having been

informed of my constitutional right not to have a search made of

the premises hereinafter mentioned without a search warrant and

of my right to refuse to consent to such a search, hereby authorize

_FEDERAL    AGENTS_ , and

_STATE_
_COUNTY OFFICERS_ , Special Agents

of the Federal Bureau of Investigation, United States Department

of Justice, to conduct a complete search of my premises located

at _620 NE 2ND COURT, # 7, HALLANDALE, FLORIDA_

These agents are authorized by me to take from my premises any

letters, papers, materials or other property which they may desire.

This written permission is being given by me to the above-

named Special Agents voluntarily and without threats or promises

of any kind.

(SIGNED) _Ramon Delvalle_

WITNESSES:
_JPKelly_

00005

## YOUR RIGHTS

620 NE 2ND COURT # 7

**Place** NALLANDALE, FLORIDA
**Date** 1/20/2000
**Time** 8:16 AM

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _Romuld Blvalle_

**Witness:** _____

**Witness:** _____ FDLE

**Time:** 8:30 AM

00006



| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |

STATE USAGE

NFF SECOND

| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

DELVALLE, RAMON

SIGNATURE OF PERSON FINGERPRINTED

*Raymond DelValle*

SOCIAL SECURITY NO

082580385

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO | STATE IDENTIFICATION NO | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|--------|--------------------------|----------------------------|-----|------|--------|--------|------|------|
|        |                          | 19621029                   | M   | W    | 509    | 259    | BRO  | BRO  |



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L THUMB   R THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

**Receipt for Property Received/Returned/Released**

On (date) _2/8/00_

Item(s) listed below were:
☐ Received From
☐ Returned To
☑ Released To

(Name) _Howard Gene ATF St_

(Street Address) _____

(City) _____

Description of
Item(s):

_KG10 (Kahr) Kowler S/N 3211651W_
_8 .2= celibor rounds_
_Leather Holster_
_Camouflage Case_

Received by: _Jan H__  (Signature)    Received from _K C__  (Signature)    00009

IGF 1600.13

_____ Probation Violator

_____ Community Control Violator

_____ Retrial

_____ Resentence

State of Florida

In the Circuit Court, Sixth Judicial Circuit.

In and for Pasco County, Florida

Division _Felony 04_

Case Number _9301314CFAWS_

SPN # _179554_ DOC# _____

v.

_Raymond Delvalle_
Defendant A/k/A _Ramon Delvalle_

" June 23
11:35AM
Martu Hernl

**JUDGMENT**

The defendant, _Raymond Delvalle_
_A/k/A Ramon Delvalle_, being personally before this court
represented by _Robert Kester_, the attorney of record, and the state
represented by _Robert Attridge_, and having

_____ been tried and found guilty by jury/by court of the following crime(s)

_____ entered a plea of guilty to the following crime(s)

__X__ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 1 | Failure To Appear | 843.15 | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

__X__ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to
sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit
blood specimens.

_____ and good cause being shown; IT IS SHOWN THAT ADJUDICATION OF GUILT BE WITHHELD

4R      456

JAN 22  '93

Page 1 of 2

F03A

00-10

**Imposition of**
**Sentence Stayed**
**and Withheld**
**(check if applicable)**

 X  The Court hereby stays and withholds the imposition of sentence as to
count(s) _____
and places the defendant on probation/community control for a period of
___3 years_____ followed by _____
under the supervision of the Department of Corrections (conditions of probation
and/or community control set forth in separate order).

**Sentence Deferred**
**Until Later Date**
**(check if applicable)**

_____The court defers imposition of sentence until _____
_____ .

The defendant in open court was advised of his right to appeal from this judgment by filing notice of appeal with
the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this
adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense
of the State upon showing of indigency.

_____
Judge

BOOK YR  PAGE V57

00~11

State of Florida

v.

*Raymond Oehralle*
Defendant

Case Number ___9 3 0 1 3 1 4 C F A W S___

SPN# ___1 7 9 5 5 4___ DOC# ___

## FINGERPRINTS OF DEFENDANT

| 1.  Right Thumb | 2.  Right Index | 3.  Right Middle | 4.  Right Ring | 5.  Right Little |
|---|---|---|---|---|
|  |  |  |  |  |
| 6.  Left Thumb | 7.  Left Index | 8.  Left Middle | 9.  Left Ring | 10.  Left Little |
|  |  |  |  |  |

Fingerprints taken by: _____    Name _____    BAILIFF    Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, ___Raymond Oehralle___ , and that they were placed thereon by the defendant
in my presence in open court this date.

DONE AND ORDERED in open court in ___Pasco___ County, Florida,
this ___11___ day of ___June___ 19 ___73___

_____
Judge

BOOK __YR__ PAGE __458__

00012

State of Florida

v.

*Raymond Aelvalle*

Defendant

In the Circuit Court, Sixth Judicial Circuit
in and for Pasco County, Florida
Division _Felony C4_
Case Number _93013-14CFAWS_
SPN# _179554_   DOC# _____

## CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked:

_____ $50.00 pursuant to section 960.20, Florida Statutes (Crimes Compensation Trust Fund).

_____ $3.00 as a court cost pursuant to section 943.25(3), Florida Statutes (Criminal Justice Trust Fund).

_____ $2.00 as a court cost pursuant to section 943.25(13), Florida Statutes (Criminal Justice Education by Municipalities and Counties).

_____ A fine in the sum of $_____ pursuant to section 775.0835, Florida Statutes. (This provision refers to the optional fine for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as a part of a sentence to section 775.083, Florida Statutes are to be recorded on the sentence page(s).)

_____ $20.00 pursuant to section 939.015, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

_____ A 10% surcharge in the sum of $_____ pursuant to section 775.0836, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

_____ A sum of $_____ pursuant to section 939.01, Florida Statutes (Prosecution/Investigative Costs).

_____ A sum of $_____ pursuant to section 27.56, Florida Statutes (Public Defender Fees).

_____ Restitution in accordance with attached order.

__X__ Other *Costs incurred in this case*
_____

DONE AND ORDERED in open court in _____*Pasco*_____ County, Florida,
this __11__ day of __June__, 19_93_.

_____
Judge

VR          459

STATE OF FLORIDA
COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE. WITNESS MY HAND AND OFFICIAL
SEAL THIS __2-24-00__
JED PITTMAN, CLERK OF THE CIRCUIT COURT
BY _Debie Denamke_

00013

_____ Probation Violator

_____ Community Control Violator    R EM NPR

_____ Retrial

In the Circuit Court Sixth Judicial Circuit
In and for Pasco County, Florida

Division ___OL___

_____ Resentence

State of Florida

Case Number: _____

SPN #: 179554    DOC# _____

SSN# 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

v.

Raymand Delvalle

Defendant AKA Lamon Delvalle

FILED IN OPEN COURT
THIS 15 DAY OF Jun , 19 97
Jed Fichner, Clerk
By _____ 4:03pm
D.C.

**JUDGMENT**

The defendant, _____, being personally before this cou

represented by _____, the attorney of record, and the stat

represented by _____, and having

_____ been tried and found guilty by jury/by court of the following crime(s)

_____ entered a plea of guilty to the following crime(s)

_____ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | BOOK 4__ PAGE 1202 |  |  |  |
|  |  |  |  |  |

_____ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT th
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating t
sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to subm
blood specimens.

_____ and good cause being shown; IT IS SHOWN THAT ADJUDICATION OF GUILT BE WITHHELD.

Page 1 of 2

00014

**Imposition of
Sentence Stayed**

The Court hereby stays and withholds the imposition of sentence as to count(s)

(check if applicable)

_____ for a period of _____ to run

under the supervision of the Department of Corrections (conditions of probation and/or community control set forth in separate order)

**Sentence Deferred
Until Later Date**
(check if applicable)

_____ The court defers imposition of sentence until

The defendant in open court was advised of his right to appeal from this judgment by filing a notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

_____
Judge

BOOK _1011_ PAGE _1263_

00015

State of Florida

v.

Defendant:

Case Number:

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _____ (Name)   BAILIEF (Title)

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, _____, and that they were placed thereon by the defendant
in my presence in open court this date.

DONE AND ORDERED in open court in New Port Richey, Pasco County, Florida,
this ___15___ day of ___January___ 19_9_

_____
Judge

BOOK 4-1-4 PAGE 1864

00016

State of Florida
v.

In the Circuit Court, Sixth Judicial Circuit
in and for Pasco County, Florida
Division _____
Case Number _____
SPN# _____ DOC# _____

Defendant

## CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked:

_____ $50.00 pursuant to section 960.20, Florida Statutes (Crimes Compensation Trust Fund).

_____ $3.00 as a court cost pursuant to section 943.25(3), Florida Statutes (Criminal Justice Trust Fund).

_____ $2.00 as a court cost pursuant to section 943.25(13), Florida Statutes (Criminal Justice Education by Municipalities and Counties).

_____ A fine in the sum of $_____ pursuant to section 775.0835, Florida Statutes. (This provision refers to the optional fine for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as a part of a sentence to section 775.083, Florida Statutes are to be recorded on the sentence page(s).)

_____ $20.00 pursuant to section 939.015, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

_____ A 10% surcharge in the sum of $_____ pursuant to section 775.0836, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

_____ A sum of $_____ pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Trust Fund).

_____ A sum of $_____ pursuant to section 939.01, Florida Statutes (Prosecution/Investigative Costs).

_____ A sum of $_____ pursuant to section 27.56, Florida Statutes (Public Defender Fees).

_____ Restitution in accordance with attached order.

_____ Other _____

_____

DONE AND ORDERED in open court in _____ County, Florida,
this _____ day of _____, 19_____.

_____
Judge

BOOK ____ PAGE ____

STATE OF FLORIDA
COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE  WITNESS MY HAND AND OFFICIAL
SEAL THIS _____
JED PITTMAN, CLERK OF THE CIRCUIT COURT
BY _____ DC.

00017

MIAMI-DADE COUNTY, FLORIDA

MIAMI-DADE POLICE DEPARTMENT
CRIME SCENE INVESTIGATIONS BUREAU
9105 N.W. 25 STREET, ROOM 2180
MIAMI, FLORIDA 33172

To: Howard C. Greene, Special Agent
U.S. Treasury Department
Bureau of Alcohol, Tobacco & Firearms

DATE:    May 09, 2000

MDPD CASE #:   240091-X

A comparison of the fingerprints on the below standards has been made by
Miami-Dade Police Department Fingerprint Technician Artye Eppinger.
This resulted in a positive identification.    All standards were made by the same individual.

Standard "A"

Fingerprints of Subject:  Delvalle, Ramon _____ DOB: 10/29/62

MDPD ID # ____ N/A ____ Arrested On: ____ N/A ____

Standard: Fingerprinted on F.B.I. Fingerprint Card, S.S.# 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

Standard "B"

Fingerprints of Subject:  Delvalle, Raymond _____ DOB: 10/29/62

MDPD ID # ____ N/A ____ Arrested On: ___ 05/12/93 ___

Standard: Arrested and Fingerprinted by the Pasco County S.O.
Charge: FTA Welfare Fraud

Sincerely,
Carlos Alvarez, Director
Miami-Dade Police Department

By _Phillip Womack_

Phillip Womack, Fingerprint Supervisor
Crime Scene Investigations Bureau
Fingerprint Identification Section

Page  1 of  2

00018

9316664

LEAVE THIS SPACE BLANK

**Name** DELVALLE, RAYMOND

Alias

**Classification**

No. LL9303347 **Color** W **Sex** M **Ref.**

## RIGHT HAND    s. s. # 082580385

| 1. Thumb | 2. Index Finger | 3. Middle Finger | 4. Ring Finger | 5. Little Finger |
|---|---|---|---|---|

## LEFT HAND

| 6. Thumb | 7. Index Finger | 8. Middle Finger | 9. Ring Finger | 10. Little Finger |
|---|---|---|---|---|

Impressions taken by P.L. Armstrong **Date** 5/12/93

Classified by . . . . . . . . . . . . . . . . . . .

Verified by . . . . . . . . . . . . . . . . . . . .

Signature of Person Fingerprinted

X Raymond Delvalle

Four fingers taken simultaneously | Amputations. . . . . . . . | Four fingers taken simultaneously

Left Hand | | Right Hand

| Left Thumb | Right Thumb |
|---|---|

PCSO 3-0037

SHERIFF'S OFFICE OF PASCO COUNTY, FL.—BUREAU OF IDENTIFICATION

Dep Bill Ferguson

25 April
00

Lara L. Shell

00019

Name PD Valle Club

| Alias | None | | | Classification | | |
|---|---|---|---|---|---|---|
| No. LL9303347 | Color White | | Sex Male | Ref. | | |

**RIGHT HAND**   s.s. • 082 58 0385

| 1. Thumb | 2. Index Finger | 3. Middle Finger | 4. Ring Finger | 5. Little Finger |
|---|---|---|---|---|

**LEFT HAND**

| 6. Thumb | 7. Index Finger | 8. Middle Finger | 9. Ring Finger | 10. Little Finger |
|---|---|---|---|---|

Impressions taken ................................. Date ...........

Classified by ...........................

Verified by ...........................

Signature of Person Fingerprinted

*Raymond DelValle*

| Four fingers taken simultaneously | Amputations ......... | Four fingers taken simultaneously |
|---|---|---|
| Left Hand | | Right |

| Left Thumb | Right Thumb |
|---|---|

PCSO 3-0037

SHERIFF'S OFFICE OF PASCO COUNTY, FL · BUREAU OF IDENTIFICATION

Tara L. Shell
Commission # CC 772265
Expires ... 19, 2003
Bonded Thru
Atlantic Bonding Co. Inc.

00-20

<<<<Message Separator>>>>>
DATE:05/10/2000  TIME:15:44  MESSAGE NUMBER:00062

ATTENTION:                        CONTROL:


--NCIC--
4L01FLA0075766719
FLATF02S0
ATN/GREENE
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-NY5908202H.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                           FBI NO.        DATE REQUESTED
DEL VALLE,RAYMOND              327942HA9      2000/05/10

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     1962/10/29  509     210     BRO   BRO   NEW YORK

FINGERPRINT CLASS  PATTERN CLASS
PO 68 03 PO 14     WU LS RS WU RS WU RS LS LS LS
PI 70 16 20 13          AU

1-ARRESTED OR RECEIVED 2000/01/20
   AGENCY-USM FORT LAUDERDALE (FLUSM0700)
      AGENCY CASE-55156-004 NAME USED-DELVALLE,RAMON
      CHARGE 1-2608 FRAUD BY WIRE

ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATES(S):
NEW YORK -STATE ID/NY5908202H
FLORIDA -STATE ID/FL03223021

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

END OF RECORD

--END--


Exhibit __3__                    00-21

FCIC Message Ack Received.


<<<<Message Separator>>>>>
DATE:05/10/2000  TIME:15:13  MESSAGE NUMBER:00054

ATTENTION:                              CONTROL:

FC  FLATF02S03223021                    CGREENE
--FLORIDA CCH RESPONSE--
ATN/GREENE
FC.DLE/3223021.PUR/C.ATN/GREENE
        SID NUMBER: 3223021   PURPOSE CODE:C        PAGE:   1
        BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
        A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                    -  FLORIDA  CRIMINAL  HISTORY  -
NAME                            STATE ID NO.  FBI NO.     DATE REQUESTED
DELVALLE, RAYMOND               FL-03223021   327942HA9   05/10/2000
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M    W     10/29/1962  5'09''  259     BRO   BRO   NY
--CONTINUED--

        SID NUMBER: 3223021   PURPOSE CODE:C        PAGE:   2

 FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.    SCR/MRK/TAT
 PO 66 03 PO 14      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                                TAT L ARM
 PI 70 16 20 13
 IN AFIS - 2
 OCCUPATION              ADDRESS                  CITY/STATE
 FORMN                   620 NE 2 COURT           HALLENDALE, FL
-------------------------------------------------------------------------------
 AKA                           DOB        SOC           SCR/MRK/TAT
-------------------------------------------------------------------------------
 DEVALLE, RAYMOND                         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   TAT UL ARM
 DELVALLE, RAMON                          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   TAT L SHLD
--CONTINUED--

        SID NUMBER: 3223021   PURPOSE CODE:C        PAGE:   3

                                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
-------------------------------------------------------------------------------
ARREST-  1   03/06/1991   OBTS NO.-0003036885
 ARREST AGENCY-OSCEOLA COUNTY SHERIFF'S OFFICE            (FL0490000)
   AGENCY CASE-191002190                  OFFENSE DATE-
   CHARGE 001-DISORDERLY INTOX-
           STATUTE/ORDINANCE              LEVEL-MISDEMEANOR
  JUDICIAL-
   AGENCY-STATE ATTORNEY'S OFFICE - KISSIMMEE            (FL049015A)
   CHARGE 001 -COURT SEQ          COURT NO.-CTC9100527MMAO
     SUPPLEMENTAL ARREST DATA-
           STATUS-                        LEVEL-MISDEMEANOR,2ND DEG
   PROSC DATA-SAME AS ABOVE
--CONTINUED--

        SID NUMBER: 3223021   PURPOSE CODE:C        PAGE:   4

           DISP DATE-03/15/1991           DISP-DROPPED/ABANDONED
           COUNSEL-OTHER      TRIAL-       PLEA-
     SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
-------------------------------------------------------------------------------
ARREST-  2   09/10/1992   OBTS NO.-0004020841
 ARREST AGENCY-METRO-DADE POLICE DEPARTMENT               (FL0130000)
   AGENCY CASE-509190                     OFFENSE DATE-09/10/1992

00022

--------------------------------------------------------------------------------
--CONTINUED--

          SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  5

 ARREST-  3   04/29/1993   OBTS NO.-0005558133
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                      (FL0130000)
   AGENCY CASE-509190                        OFFENSE DATE-04/29/1993
   CHARGE 001-FRAUD-
            WELFARE
--------------------------------------------------------------------------------
 ARREST-  4   05/12/1993   OBTS NO.-0004263976
  ARREST AGENCY-PASCO COUNTY SHERIFF'S OFFICE                     (FL0510000)
   AGENCY CASE-LL9303347                     OFFENSE DATE-05/12/1993
   CHARGE 001-FAILURE TO APPEAR-
            REF WELFARE FRAUD
            STATUTE/ORDINANCE FL409-325       LEVEL-
--------------------------------------------------------------------------------
--CONTINUED--

          SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  6

 ARREST-  5   06/03/1993   OBTS NO.-0004264048
  ARREST AGENCY-PASCO COUNTY SHERIFF'S OFFICE                     (FL0510000)
   AGENCY CASE-LL9303347                     OFFENSE DATE-06/03/1993
   CHARGE 001-FAILURE TO APPEAR-
            STATUTE/ORDINANCE FL843-15        LEVEL-
  JUDICIAL-
   AGENCY-6TH CIRCUIT COURT - DADE CITY                          (FL051015J)
   CHARGE 001 -COURT SEQ           COURT NO.-CRC9301314CFAW
     SUPPLEMENTAL ARREST DATA-
            STATUS-                          LEVEL-FELONY       ,
   PROSC DATA-INITIATED BY , BAIL-SECURED BOND-
                          FAILURE TO APPEAR
            STATUTE/ORDINANCE-FL843-15         LEVEL-FELONY    ,3RD DEG
--CONTINUED--

          SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  7

            STATUTE DESCRIPTN-FAIL TO APPEAR ON BAIL
            DISP DATE-06/03/1993              DISP-N/A
       COURT DATA-SAME        , BAIL-SECURED BOND-
                          FAILURE TO APPEAR
            STATUTE/ORDINANCE-FL843-15         LEVEL-FELONY    ,3RD DEG
            STATUTE DESCRIPTN-FAIL TO APPEAR ON BAIL
            DISP DATE-06/11/1993              DISP-GUILTY/CONVICTED
            COUNSEL-PUBLIC    TRIAL-NONE    PLEA-NOLO CONTENDRE
            SENT DATE-01/15/1997
                     001      ,CRC9202672CFAW     363
            PROBATION- 1Y
--------------------------------------------------------------------------------
 ARREST-  6   09/14/1996   OBTS NO.-0007877971
--CONTINUED--

          SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  8

  ARREST AGENCY-MIRAMAR POLICE DEPARTMENT                         (FL0062200)
   AGENCY CASE-MM96348                       OFFENSE DATE-09/14/1996
   CHARGE 001-AGGRAV ASSLT-
            STATUTE/ORDINANCE FL784-021       LEVEL-FELONY
            DISP-
   CHARGE 002-DAMAGE PROP-CRIM MISCH-
            STATUTE/ORDINANCE FL806-13        LEVEL-MISDEMEANOR
            DISP-

                                                           90023

CHARGE 003-PROB VIOLA    N-
    RES WELFAL FRAU
    STATUTE/ORDINANCE                    LEVEL-MISDEMEANOR
    DISP-
    CHARGE 004-FAILURE TO APPEAR-                        ,
--CONTINUED--

        SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  9

            DISP-
    JUDICIAL-
    AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE            (FL006015J)
    CHARGE 001 -COURT SEQ          COURT NO.-96017288CF10A
        SUPPLEMENTAL ARREST DATA-
            STATUS-                         LEVEL-FELONY    ,3RD DEG
    PROSC DATA-            AGGRAV ASSLT-
                        AGGRAVATED ASSAULT
            ASSAULT        ,
            STATUTE/ORDINANCE-FL784-021        LEVEL-FELONY    ,3RD DEG
            STATUTE DESCRIPTN-AGRAVATED ASSAULT
            DISP DATE-10/22/1996            DISP-N/A
        COURT DATA-AGGRAV ASSLT-
--CONTINUED--

        SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  10

                        AGGRAVATED ASSAULT
            ASSAULT        ,
            STATUTE/ORDINANCE-FL784-021        LEVEL-FELONY    ,3RD DEG
            STATUTE DESCRIPTN-AGRAVATED ASSAULT
            DISP DATE-11/10/1997            DISP-ACQUITTED
            COUNSEL-PUBLIC    TRIAL-JURY    PLEA-NOT GUILTY
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

    AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH     (FL006015A)
    CHARGE 002 -COURT SEQ          COURT NO.-96017288CF10A
        SUPPLEMENTAL ARREST DATA-
            STATUS-                         LEVEL-MISDEMEANOR,1ST DEG
    PROSC DATA-SAME AS ABOVE
--CONTINUED--

        SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  11

            DISP DATE-10/22/1996            DISP-DROPPED/ABANDONED
            COUNSEL-PUBLIC    TRIAL-        PLEA-
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

------------------------------------------------------------------------------
ARREST-  7  01/21/2000  OBTS NO.-5003014514
 ARREST AGENCY-PALM BEACH COUNTY SHERIFF'S OFFICE            (FL0500000)
    AGENCY CASE-2000303168                OFFENSE DATE-
    CHARGE 001-OUT-OF-STATE-FUG REF-
            FUGITIVE FROM JUSTICE
            STATUTE/ORDINANCE FL941-02        LEVEL-FELONY
            DISP-
                BOOKED/US. MARSHAL
--CONTINUED--

        SID NUMBER: 3223021  PURPOSE CODE:C        PAGE:  12

------------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A MULTI-STATE OFFENDER RECORD.
END OF RECORD                                    00024

```
<<<Message Separator>>>>>
DATE:05/10/2000  TIME:15:52  MESSAGE NUMBER:00064

ATTENTION:                          CONTROL:


--NCIC--
NL01FLA0075768329
FLATF02S0
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/JOHNSON,JUAN E.DOB/19760812.SEX/M.RAC/W.PUR/C.
END

--END--


<<<Message Separator>>>>>
DATE:05/10/2000  TIME:15:57  MESSAGE NUMBER:00065

ATTENTION:SYSTEM GENERATED HEADER      CONTROL:


--NLETS--

TCR.NYIII0000
 12:56 05/10/2000 11190
 12:56 05/10/2000 12768 FLATF02S0
 TXT
 HDR/2L01FLA0075766719 ATN/GREENE
 PART  2
 THE FOLLOWING RECORD PERTAINS TO FBI/327942HA9
 CONTINUED FROM PREVIOUS PART

 DATE  05-10-00                             PART     2

 NAME DEL VALLE,RAYMOND           NYSID 5908202H  TRAN NO   III


         < < < < < < < CRIMINAL HISTORY > > > > > > >
-------------------------------------------------------------------
 !   ARREST      ! ARREST/ARRAIGNMENT !    DISPOSITION AND      !
 !  INFORMATION  !     CHARGES        !     RELATED DATA        !
-------------------------------------------------------------------
               !PL  220.03    NO SUB!       DKT # 90N032320
CRM DATE: 04-05-90!CLASS A MISD NCIC 3512!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:   !  .   .   .   .   . !
NEW YORK       !                    !THE FOLLOWING CHARGE(S):
               ! - - ARRAIGNMENT - - !CRIM POSS CONTRL SUBST-7TH
ARR#/AGY M90030902!                  !PL  220.03     NO SUB
NYCPD PCT 007  !CRIM POSS CONTRL SUBST!CLASS A MISD NCIC 3512
               !PL  220.03    NO SUB!SENT: CONDITIONAL DISCHARGE
CRT CON# 13455214J!CLASS A MISD NCIC 3512!
               !                    !
FAX NO   M022408 !                  !  .   .   .   .   .   .   .
ORACLE # 27820290 !                 !
               !                    !04-07-90  CRIM CRT NEW YORK
               !                    !          DKT # 90N032320
               !                    !ARRAIGNED
               !                    !
               !                    !  .   .   .   .   .   .   .
               !                    !
               !                    !06-13-90  CRIM CRT NEW YORK
               !                    !          DKT # 90N032320
               !                    !BENCH WARRANT ISSUED
               !                    !
               !                    !
```

00025

LATEST UPDATED PERSONAL DESCRIPTORS: EYES/BROWN   HAIR/BLACK   WGT 230
LBS

------------------------------------------------------------------------
NCIC FINGERPRINT CLASSIFICATION  PO6803PO14PI70162013

------------------------------------------------------------------------
SS # ! 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

------------------------------------------------------------------------
DOB  ! 10-29-62

------------------------------------------------------------------------
POB  ! NEW YORK

------------------------------------------------------------------------
NAME/! REPORTED ON  !      INFORMATION
ADDR !-------------------------------------------------------------------
     !11-23-87! DEL VALLE, RAYMOND
     !        !   721   ROCKAWAY PWY      BROOKLYN          NEW YORK
     !08-30-88! DEL VALLE, RAYMOND
     !        !721      ROCKAWAY PKY      BKLYN             NEW YORK
     !11-10-88! DEVALLE, RAYMOND
     !        !721      ROCKAWAY PKW      BROOKLYN          NEW YORK
     !11-18-88! DEL VALLE, RAYMOND
     !        !   781   ROCKAWAY PKW      BROOKLYN          NEW YORK
     !12-30-89! DEL VALLE, RAYMOND
     !        !60       COLUMBIA ST       NEW YORK          NEW YORK
     !04-06-90! DEVALLE, RAYMOND
     !        !100      STUYVERSCANT      PL                NEW YORK
------------------------------------------------------------------------
WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN
ONE CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE
CONCURRENT UNLESS IDENTIFIED AS CONSECUTIVE.

CAUTION:  THIS RESPONSE IS NOT BASED ON A FINGERPRINT SEARCH OR
IDENTIFICATION AND, AS SUCH, DOES NOT SATISFY THE PROVISIONS OF CPL
SECTION 390.10 FOR USE IN PRONOUNCING A SENTENCE.

       ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                     KATHERINE N. LAPP, COMMISSIONER
END OF RECORD--END--


<<<<Message Separator>>>>>
DATE:05/10/2000  TIME:15:57  MESSAGE NUMBER:00066

ATTENTION:SYSTEM GENERATED HEADER        CONTROL:


--NLETS--

CR.NYIII0000
12:57 05/10/2000 11193
12:57 05/10/2000 12770 FLATF02S0
TXT
HDR/2L01FLA0075766719 ATN/GREENE
PART  1
THE FOLLOWING RECORD PERTAINS TO FBI/327942HA9
THIS REPLY TO YOUR QR INQUIRY MUST BE UTILIZED ONLY FOR THE PURPOSE FOR
WHICH
IT WAS REQUESTED AND MUST NOT BE UTILIZED FOR EMPLOYMENT OR LICENSING PU
RPOSES.
IF THE SUBJECT'S RECORD IS SUBSEQUENTLY REQUIRED FOR ANOTHER PURPOSE A N
EW
REQUEST MUST BE MADE TO ENSURE THE RECORD USED IS CURRENT AND COMPLETE.

DATE  05-10-00          STATE OF NEW YORK            TRAN #  III
TIME  1547        DIVISION OF CRIMINAL JUSTICE SERVICES    PART    1
FAX #

00026

STATE OF FLORIDA                          SEX MALE
                                          HGT 5-09
                                          SOC 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
                                          FBI 327942HA9
------------------------------------------------------------
NAME  DEL VALLE,RAYMOND              NYSID: 5908202H   III MULTI SOURC
E
------------------------------------   ----------------
                    NAMES USED BY SUBJECT
.DEL VALLE,RAYMOND                 DEVALLE,RAYMOND


----------------------------------------------------------------------
            < < < < < < < CRIMINAL HISTORY > > > > > > >
----------------------------------------------------------------------
'   ARREST     ! ARREST/ARRAIGNMENT  !     DISPOSITION AND      '
'  INFORMATION !     CHARGES         !      RELATED  DATA        '
----------------------------------------------------------------------
ARR DT/PL 11-23-87!  - - ARREST - -  !   - - DISPOSITION - -
NEW YORK          !CRIM POSS CONTRL SUBST!03-08-88  CRIM CRT NEW YORK
                  !PL 220.03    NO SUB!       DKT # 7N117856
CRM DATE: 11-23-87!CLASS A MISD NCIC 3599!DISMISSED
CRIME PLACE:      !                    !
_NEW YORK         !                    !
                  !                    !
ARR#/AGY M87112536!                    !
NYCPD PCT 007     !                    !
                  !                    !
CRT CON# 09777040N!                    !
                  !                    !
FAX NO   M086568  !                    !
ORACLE # 27850890 !                    !
----------------------------------------------------------------------
ARR DT/PL 08-30-88!  - - ARREST - -   !   - - DISPOSITION - -
NEW YORK          !CSCS-3RD:NARCOTIC DRUG!12-08-88  CRIM CRT NEW YORK
                  !PL 220.39    SUB 01!       DKT # 8N085078
CRM DATE: 08-30-88!CLASS B FEL  NCIC 3599!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                    !
NEW YORK          !                    !THE FOLLOWING CHARGE(S):
                  !                    !CRIMINAL FACILITATION-4TH
ARR#/AGY M83080612!                    !PL  115.00    NO SUB
NYCPD PCT 009     !                    !CLASS A MISD NCIC 7399
                  !                    !SENT: CONDITIONAL DISCHARGE
CRT CON# 11756693R!                    !
                  !                    !
FAX NO   M067465  !                    !
ORACLE # 27852942 !                    !
----------------------------------------------------------------------
ARR DT/PL 11-10-86!  - - ARREST - -   !   - - DISPOSITION - -
NEW YORK          !CRIMINAL TRESPASS-3RD!01-05-90  CRIM CRT NEW YORK
                  !PL  140.10   NO SUB!       DKT # 8N111484
CRM DATE: 11-10-88!CLASS B MISD NCIC 5707!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                    !
NEW YORK          !                    !THE FOLLOWING CHARGE(S):
                  !                    !CRIMINAL TRESPASS-3RD
ARR#/AGY M88106304!                    !PL  140.10    NO SUB
NYCPD PCT 009     !                    !CLASS B MISD NCIC 5707
                  !                    !SENT: TIME SERVED
CRT CON# 11765230Z!                    !
                  !                    !
FAX NO   M089600  !                    !    .   .   .   .   .   .   .
ORACLE # 27852222 !                    !
                  !                    !01-11-89  CRIM CRT NEW YORK
                  !                    !          DKT # 8N111484
                  !                    !BENCH WARRANT ISSUED
                  !                    !
                  !                    !    .   .   .   .   .   .   .        :J027
                  !                    !

```
                                      !02-08-89  CRIM CRT NEW YORK
                                      !            DKT # 8N111484
                                      !BENCH WARRANT ISSUED
                                      !
                                      !     .   .   .   .   .   .   .
                                      !
                                      !01-01-90  CRIM CRT NEW YORK
                                      !            DKT # 8N111484
                                      !RETURNED ON WARRANT
                                      !
                                      !     .   .   .   .   .   .   .
                                      !
                                      !12-29-89  CRIM CRT NEW YORK
                                      !            DKT # 8N111484
                                      !RETURNED ON WARRANT
                                      !
-----------------------------------------------------------------------
ARR DT/PL 11-18-88!   - - ARREST - -   !      - - DISPOSITION - -
NEW YORK           !CRIM POSS CONTRL SUBST!01-05-90  CRIM CRT NEW YORK
                   !PL  220.03    NO SUB!            DKT # 8N114838
CRM DATE: 11-18-88!CLASS A MISD NCIC 3532!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:       !                      !
NEW YORK           !CRIMINAL TRESPASS-3RD !THE FOLLOWING CHARGE(S):
                   !PL  140.10   NO SUB!CRIM POSS CONTRL SUBST-7TH
ARR#/AGY M88109507!CLASS B MISD NCIC 5707!PL  220.03    NO SUB
NYCPD PCT 005      !                      !CLASS A MISD NCIC 3532
                   !                      !SENT: TIME SERVED
CRT CON# 11801018K!                      !
                   !                      !
FAX NO    M092455 !                      !     .   .   .   .   .   .   .
ORACLE # 27552990 !                      !
                   !                      !02-14-89  CRIM CRT NEW YORK
                   !                      !            DKT # 8N114838
                   !                      !BENCH WARRANT ISSUED,
                   !                      !DISPOSITION PENDING
                   !                      !
                   !                      !     .   .   .   .   .   .   .
                   !                      !
                   !                      !01-05-90  CRIM CRT NEW YORK
                   !                      !            DKT # 8N114838
                   !                      !RETURNED ON WARRANT
                   !                      !
-----------------------------------------------------------------------
ARR DT/PL 12-30-89!   - - ARREST - -   !      - - DISPOSITION - -
NEW YORK           !CPCS-3RD:NARC DRUG INT!01-05-90  CRIM CRT NEW YORK
                   !PL  220.16    SUB 01!            DKT # 90N000042
CRM DATE: 12-30-89!CLASS B FEL  NCIC 3599!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:       !                      !
NEW YORK           !LOITERING UNLAW USE CO!THE FOLLOWING CHARGE(S):
                   !PL  240.36   NO SUB!CRIM POSS CONTRL SUBST-7TH
ARR#/AGY M89115822!CLASS B MISD NCIC 5707!PL  220.03    NO SUB
NYCPD - HOUSING    !   .   .   .   .     !CLASS A MISD NCIC 3512
                   !                      !SENT: CONDITIONAL DISCHARGE
CRT CON# 13430241P!  - - ARRAIGNMENT - -  !FINE:     $500
                   !                      !
FAX NO   M091829 !CRIM POSS CONTRL SUBST!   .   .   .   .   .   .   .
ORACLE # 27822940 !PL  220.03    NO SUB!
                   !CLASS A MISD NCIC 3512!02-27-90  CRIM CRT NEW YORK
                   !                      !            DKT # 90N000042
                   !UNLAW POSS MARIHUANA  !RESENTENCED
```



```
                         !PL  2´  J5     NO SUB!
                         !          NCIC 3562!THE FOLLOWING CHARGE(S):
                         !                   !CRIM POSS CONTRL SUBST-7TH
                         !                   !PL  220.03     NO SUB
                         !                   !CLASS A MISD NCIC 3512
                         !                   !SENT: CONDITIONAL DISCHARGE
                         !                   !FINE:    $490
                         !                   !
                         !                   !  .   .   .   .   .   .   .
                         !                   !
                         !                   !01-01-90  CRIM CRT NEW YORK
                         !                   !          DKT # 90N00004L
                         !                   !ARRAIGNED
                         !                   !
                         !                   !  .   .   .   .   .   .   .
                         !                   !
                         !                   !01-05-90  CRIM CRT NEW YORK
                         !                   !          DKT # UNKNOWN
                         !                   !NOT ARRAIGNED
                         !                   !
                         !                   !THE.FOLLOWING CHARGE(S):
                         !                   !CPCS-3RD:NARC DRUG INT/SELL
                         !                   !PL  220.16     SUB 01
                         !                   !CLASS B FEL  NCIC 3599
                         !                   !
                         !                   !LOITERING UNLAW USE CONTRL SUB
                         !                   !PL  240.36     NO SUB
                         !                   !CLASS B MISD NCIC 3599
                         !                   !
                         !                   !
-----------------------------------------------------------------------
ARR DT/PL 04-06-90!  - - ARREST - -  !       - - DISPOSITION - -
NEW YORK          !CRIM POSS CONTRL SUBST!04-07-90  CRIM CRT NEW YORK

END OF PART  1 - PART  2 TO FOLLOW--END--
```