AO 442 (Rev. 5/93) Warrant for Arrest    ATF. 446761

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

RAMON DELVALLE
a/k/a "Raymond Delvalle"

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6194**
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RAMON DELVALLE a/k/a "Raymond Delvalle"
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm

in violation of Title  18  United States Code, Section(s)  922(g)(1)

BARRY L. GARBER                        MAGISTRATE JUDGE
Name of Issuing Officer                 GARBER
                                        Title of Issuing Officer

[Signature]                             7-13-2000   Miami, Florida
Signature of Issuing Officer            Date and Location

Bail fixed at $  PTD           by       **BARRY L. GARBER**
                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Detainer pick up from Dade County Jail

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/13/00 | James A. Tassone, US Marshal | [Signature] |
| DATE OF ARREST 8/2/00 | FOR: ATF | Edward Purchase, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc