DEFT: RAMON DELVALLE (J)#      CASE NO: 00-6194-CR-Dimitrouleas
AUSA: Christopher Clarke /Bob      ATTNY: _____
AGENT: Nicholson      VIOL: _____
PROCEEDING: Inquiry re counsel/ Arraignment      BOND REC: _____
BOND HEARING HELD - yes/no      COUNSEL APPOINTED: CJA

___ BOND SET @ _____

FILED BY ___
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Δ - asks that same CJA atty who was assigned to another case be apptd to this one - Granted. Ana Jhons to be appointed

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 8-7-00   11:00am   BSS
STATUS CONFERENCE: _____

DATE: 8-4-00   TIME: 11:00am   TAPE # 00-064   PG # 3
160-252