# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR/DIST/DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NO. |
|---|---|---|
| | | 0858867 |

JURISDICTION
- 3 ☐ APPEALS
- 1 ☐ MAG  2 ☒ DIST.  4 ☐ OTHER

| 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. |
|---|---|
| | 00-6194-CR-WPD |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| | SD/FL | FLSFL | 18:922 | 7800 |

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES. |
|---|---|---|
| USA vs Delvalle | Ramon Delvalle | 0 |

10. PERSON REPRESENTED (STATUS)
- 1 ☒ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER
- 2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

11. PROCEEDINGS (Describe briefly)
all proceedings

FILED by _____ D.C.
AUG 4 2000

12. PAYMENT CATEGORY
- A ☒ FELONY   C ☐ PETTY OFFENSE   E ☐ OTHER
- B ☐ MISDEMEANOR   D ☐ APPEAL

13. COURT ORDER
- O ☒ Appointing Counsel    F ☐ Subs. for FD
- C ☐ Co-Counsel    R ☐ Subs. for Retained Atty.
- P ☐ Subs. for Panel Atty. _____
  Name of prior panel attorney

Appt. Date _____ Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ 8-4-00          ▶ _____
Date of Order        Nunc Pro Tunc Date

14. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS

Ana Jhones, Esq.
Bayside Plaza, Ste. 625
330 Biscayne Blvd.
Miami FL 33132

15. WORK PHONE
(305)
374-4919

16A. Does the attorney have the preexisting agreement (see Instructions) including a professional corporation?
☐ Yes   ☐ No

16B. SOCIAL SECURITY NO. (Only provide per instructions)
16C. EMPLOYER I.D. NO. (Only provide per instructions)

16D. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
| IN COURT | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. $ |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = 50) TOTAL HOURS = | | | |
| 18. | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| OUT OF COURT | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. $ |
| | (Rate per hour = 70) TOTAL HOURS = | | | |
| 19. | TRAVEL, LODGING, MEALS ETC. | AMOUNT | | 19A. TOTAL TRAVEL EXP $ |
| EXPENSES | | OTHER EXPENSES | AMOUNT | 19B. TOTAL OTHER EXP $ |
| | | | | 20. GRAND TOTAL CLAIMED $ |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No _____  Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE                              DATE

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER                 DATE         27A. JUDGE/MAG. CODE

28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)  DATE         29. TOTAL AMT APPROVED $

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA