FILED D.C.
AUG 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Ramon Delvalle

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-7-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: Ana Jhones

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  7th  day of  August , 2000.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-464

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services