HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
AUG 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __RAMON DEL VALLE_____ CASE NO: __00-6194-CR-DIMITROULEAS__

AUSA __CHRISTOPHER CLARK_____ ATTY __ANA JHONES__ - Cannot attend

Disc rec'd by counsel. Pretrial motions will be filed.
00-045
@2166

DEFT __LILLIAN RUIZ FOJON_____ CASE NO: __96-101-CR-FERGUSON__

AUSA __TERRY FLYNN__ /Behnke_____ ATTY __FPD__ Wilcox for Hunt

Disc out - possible plea
~~reset~~   motions due 9-7
@ 7800

DEFT __JOHN SOTO_____ CASE NO: __~~00-6213-CR-ZLOCH~~__

AUSA __BERTHA MITRANI__ plus_____ ATTY __BO HITCHCOCK__

Disc out -
@ 2911

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __8-22-00_____ TIME __11:00_____