UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

       Plaintiff,    :

v.    :

RAMON DEL VALLE,    :

       Defendant.    :

_____

**STATUS REPORT**

A status conference was held in this cause on August 22, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case should be ready for trial as scheduled.

DATED at Fort Lauderdale, Florida, this 24th day of August, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Chris Clark (MIA)
Ana Jhones, Esq.

