**NIGHT BOX FILED**
AUG 2 4 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
v. )
)
RAMON DELVALLE )
_____)

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and submits its Speedy Trial Report pursuant to Local Rule 25.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days of filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. In the instant case, the defendant was indicted on July 13, 2000 and defendant was arraigned on this indictment before the United States Magistrate Judge on July 17, 2000.

3. Since the filing of this case, proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The United States provides the following chart for the convenience of the Court:

| Event/Motion | Date | Date of Order | Excludable Time |
|---|---|---|---|
| Arraignment | 8/15/00 | n/a | 1 day |
| Status Conference | 8/22/00 | n/a | 1 day |



4. The United States submits that as of the Calendar Call scheduled for Friday, September 8, 2000, fifty-four (54) days of non-excludable time will have elapsed since the indictment in this case, barring any additional motions filed by either party. Title 18, United States Code, Section 3161(h)(3)(A).

5. Trial of this action should commence within twenty-six (26) days from the date presently set for trial, or Wednesday, October 4, 2000, unless additional periods of excludable time occur.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR #0588040
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9167
Fax: (305) 530-7976

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of August, 2000, to:

Ana Jhones, Esq.
330 Biscayne Boulevard
Suite 625
Miami, Florida 33132

CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY