UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6194-CR-DIMITROULEAS

    Plaintiff,

vs.

RAMON DEL VALLE,

    Defendant.
_____/

FILED by _____ D.C.

SEP 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

The above-entitled matter, having come on before this Court upon the Defendant's

September 1, 2000 Motion to Suppress [DE-17] and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant's Motion to Suppress is hereby set for

an evidentiary hearing on Friday, September 8, 2000, at 3:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_5_ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Ana Jhones, Esquire
330 Biscayne Boulevard, #625
Miami, FL 33132

Christopher Clark, AUSA

