IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6194-CR-DIMITROLEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAMON DEL VALLE,

Defendant.
_____/

**NIGHT BOX
FILED

SEP - 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL**

# DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
## OF EVIDENTIARY HEARING ON MOTION TO SUPPRESS

COMES NOW the Defendant, Ramon DelValle, by and through undersigned counsel, who moves this Honorable Court for a continuance of the evidentiary hearing scheduled on the Defendant's Motion to Suppress, which is currently set for Friday, September 8, 2000 at 3:30 P.M. and as grounds therefor would show:

1. That counsel had neglected to previously file a notice of potential conflict, however, scheduled for trial for the two-week trial calendar beginning September 11, undersigned counsel presently has <u>USA v. Felix Pena</u>, et al., Case Number 00-0486-CR-Jordan, before the Honorable Judge Jordan, had another matter, <u>USA v. Marvin Smith</u>, Case Number 99-10030-CR-Highsmith, before Judge Highsmith, and the case before this Court. That undersigned counsel became aware two days ago that <u>USA v. Marvin Smith</u> was going



to result in a change of plea and indeed late Thursday afternoon resulted in a change of plea. Presently, this matter before this Court, along with the USA v. Felix Pena matter, are presently scheduled for the same week, and undersigned counsel is number 2 before Judge Jordan as of Monday morning, September 11, 2000.

    2. That undersigned counsel has been preparing for the Pena matter, as well as the matter before this Court. That additionally, counsel filed the Motion to Suppress at the beginning of this week. Counsel realized subsequent to filing that motion, that there is an additional argument that needs to be added to the motion to suppress, namely an issue pertaining to a Sixth Amendment violation with respect to the tape recorded conversations that are one of the items for which suppression is being sought.

    3. That undersigned counsel is in need of additional time to brief the Sixth Amendment "Massiah" violation and undersigned counsel has made the Government aware of this issue.

    4. That undersigned has spoken with her client, and the Defendant does not oppose a motion for continuance of his motion to suppress evidence. Undersigned counsel has further spoken to Chris Clark, the AUSA on this case, who does not oppose this motion for continuance. Additionally, Mr. Clark has indicated that the is unavailable for the 3:30 suppression hearing because he will be teaching at some educational facility, although he is attempting to find someone who shall appear in his stead, should that be necessary.

5. That this request is being filed in good faith and not for the purpose of unduly delaying the proceedings before this Court. That the Motion to Suppress in this matter, based on Fourth, Fifth and Sixth Amendment violations, is indeed a dispositive motion.

WHEREFORE, the Defendant moves this Honorable Court for a continuance of the evidentiary hearing scheduled for Friday, September 8 at 3:30 P.M.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Christopher J. Clark, Assistant US Attorney, 99 NE 4 Street, Miami FL 33132-2111 this _____ day of September, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
　　　　　　 (954) 537-5565 Broward
Fax　　 : (305) 374-3414 Dade Fax
　　　　　　 (954) 568-1870 Broward Fax

BY: _____ For: Ana Jhones
Florida Bar #771170

Page 3