UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-DIMITROULEAS

**NIGHT BOX FILED**
SEP - 7 2000

UNITED STATES OF AMERICA )
)
v. )
)
RAMON DELVALLE )
_____ )

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## EMERGENCY MOTION FOR CONTINUANCE OF MOTION HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves for an emergency continuance of the motion hearing which is presently scheduled for Friday, September 8, 2000, at 3:30 p.m. In support thereof, the government states the following:

1. On September 5, 2000, defendant Ramon Delvalle filed a motion to suppress evidence in the above-captioned case.

2. On that same date, this Court scheduled an evidentiary hearing on this motion for September 8, 2000, to be held at 3:30 p.m.

3. The undersigned Assistant United States Attorney is unable to attend the evidentiary hearing as presently scheduled. This attorney is an adjunct professor of law at the University of Miami Law School whose regularly scheduled class meets on Monday evenings. However, with the past Labor Day holiday, his class has been rescheduled from 1:30 until 4:30 p.m. on September 8, 2000, thus conflicting with the presently scheduled date of the evidentiary hearing.



4. Accordingly, the undersigned respectfully requests that the evidentiary hearing be continued to another time or date. The undersigned submits that the hearing is not expected to be lengthy, and could be heard before the commencement of trial in this cause, now scheduled for the two-week trial period beginning September 11, 2000.

5. The undersigned spoke with defense counsel Anna Jhones with respect to this motion, who represents that she has no objection to the Court granting the relied sought herein.

6. This motion is not made for the purposes of delay; rather, it is to most efficiently and effectively assist the Court in reaching a just decision.

WHEREFORE, the United States respectfully requests that the Court continue the motion hearing date in this case for a time and date other than September 8, 2000, at 3:30 p.m.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR #0588040
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9167
Fax: (305) 530-7976

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by facsimile this 7th day of September, 2000, to:

Ana Jhones, Esq.
330 Biscayne Boulevard
Suite 625
Miami, Florida 33132

_____
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY