**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-694-CR-WPD     DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Ramon Delvalle

U.S. ATTORNEY: Chris Clark     DEFT. COUNSEL: Ana Jimex

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue suppression set for this afternoon is granted. Motion to suppress for 9/15 @ 4:00.
The time from today until 9/15 is deemed excludable.

CASE CONTINUED TO: 4:00 on     TIME: 9/15     FOR: M/Suppress
MISC: 9/18   9:00   trial period

