UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6194-CR-DIMITROULEAS

    Plaintiff,

vs.

RAMON DELVALLE,

    Defendant.

_____/

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Government's September 7, 2000 Emergency Motion For Continuance of Motion Hearing [DE-20] and the Defendant having <u>ore tenus</u> joined that motion at the Calendar Call on September 8, 2000, and the Defendant having filed a September 7, 2000 Unopposed Motion For Continuance of Evidentiary Hearing on Motion to Suppress [DE-19] the Motion for Continuance is GRANTED.  The Motion to Suppress is reset for <u>Friday, September 15, 2000 at 4:00 P.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

                                                    WILLIAM P. DIMITROULEAS
                                                  United States District Judge

Copies furnished to:

Christopher Clark, AUSA

Ana Jhones, Esquire
330 Biscayne Boulevard, #625
Miami, FL 33132

