IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6194-CR-DIMITROLEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON DEL VALLE,

    Defendant.

_____/

## DEFENDANT'S MOTION TO RESET
## TRIAL TO BEGIN ON AFTERNOON DOCKET

COMES NOW the Defendant, Ramon DelValle, by and through undersigned counsel, who moves this Honorable Court to reset the trial of this matter to the Court's afternoon docket and as grounds therefor would show:

1. That at the Calendar Call in this matter on Friday, September 8, this Honorable Court set the trial of this case for Monday, September 18 at 9:00 A.M.

2. That at the time the trial date and time were set, undersigned counsel failed to remember that she is scheduled or two residency interviews with the Immigration Service on September 18th at 9:00 and 10:00 A.M.; it has taken 6 months to obtain these interview dates. At stake for these two clients is their lawful permanent residency in the United States and that seeking a continuance of this interview date will, by necessity, postpone it for a minimum of three months.

3. Based upon the foregoing, the undersigned would respectfully request that



the trial of this matter be set over until the afternoon of September 18th. Specifically, counsel would ask that the Court set this matter any time after 2:00 P.M. on September 18th.

4. That undersigned counsel's office has attempted to reach Christopher Clark, the Assistant US Attorney assigned to this matter, but as of the time of filing, has not yet spoken with Mr. Clark.

WHEREFORE, undersigned counsel moves this Honorable Court to postpone the trial of this case from 9:00 AM on September 18th until any time after 2:00 P.M. on September 18th, 2000.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Christopher J. Clark, Assistant US Attorney, 99 NE 4 Street, Miami FL 33132-2111 and the Defendant, Ramon Del Valle, Registration # 55156-004, FDC-Miami, PO BOX 019120, Miami FL 33101-9120, this 13th day of September, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
           (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
           (954) 568-1870 Broward Fax

BY: _____
Ana M. Jhones
Florida Bar #771170

Page 2