IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6194-CR-DIMITROLEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON DEL VALLE,

    Defendant.
_____/



FILED by _____ D.C.

SEP 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

The above-entitled matter, having come on before this Court upon the Defendant's Motion to Reset Trial to Begin on Afternoon Docket and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant's motion to reset the trial of this case from 9:00 A.M. on September 18th, 2000 until the afternoon of September 18, 2000 is hereby _Denied without prejudice to renew at the calendar call_.

_____

DONE AND ORDERED at Fort Lauderdale FL this _13_ day of _September_, 2000.

_[signature: William Dimitrouleas]_

cc: Ana Thong
    e/pusty for Clerk