**CRIMINAL MINUTES**

FILED by _____ D.C.

SEP 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: OD-6194-CR-WPD     DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Ramon del Valle

U.S. ATTORNEY: Christopher Clark     DEFT. COUNSEL: Chas. Jones

REASON FOR HEARING: Motion to Suppress

RESULT OF HEARING: Gov't m/ quash subpoena. Deft withdraws motion. Court denies motion as moot. Gov't proceeds with their case. Deft Invokes Rule witnesses. Gov't Rests. Deft Rests. Deft argues motion. Gov't Responds. Deft Rebuttal. Deft's motion to suppress is Denied. Court will Enter a written order.

CASE CONTINUED TO: 9/22/00     TIME: 900     FOR: Cal Call
                    9/25/00          trial period

MISC:

Deft's m/ Continue Case until 9/25/00 is Granted.