# United States District Court

DISTRICT OF __Florida__

__Southern__

USA v. Ramon bel valle

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6194-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Christopher Clark | Ana Jones |
| TRIAL DATE(S): 9/15/00 | COURT REPORTER: Bob Ryckoff | COURTROOM DEPUTY: Dave Coleton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/15/00 | | | |
| | | | | | W-1 Glenn Kelley, FBI |
| 1 | | | ✓ | ✓ | Consent to search form |
| 2 | | | ✓ | | Interrogation Rights Form – Miranda |
| | | | | | W-2 Randall Glass, FBI |
| | | | | | W-3 Howard Greene, ATF |
| 3 | | | ✓ | ✓ | Notice re: telephone usage @ FDC |
| | | | ✓ | | Property Inventory Report Appraisal |

Exhibits Returned To parties

FILED by _____ D.C.

SEP 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages