UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6194-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

RAMON DELVALLE

    Defendant.
_____ /

FILED by ___ D.C.

SEP 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON GOVERNMENT'S MOTION TO QUASH

THIS MATTER having come before the court on the Plaintiff's motion to quash the defendant's subpoena of AUSA Christopher Clark, and the defendant having withdrawn the subpoena in open court at the hearing on September 15, 2000,

IT IS HEREBY DECREED THAT the matter is moot.

So ordered this 15th day of September, 2000 in Ft. Lauderdale, Florida.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA Barbara Petras
    AUSA Christopher Clark
    Ana Jhones, Esq.

