**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6194-CR-WPD   DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Kamm Delvalle

U.S. ATTORNEY: Chris Clark   DEFT. COUNSEL: Ana Jones

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea. Court accepts guilty plea.

CASE CONTINUED TO: 12/1/00   TIME: 10:30   FOR: Sentencing

MISC: Written plea agreement filed