**CRIMINAL MINUTES**

FILED by ___ D.C.
DEC 01 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00 - 6194 - CR-WPD    DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Corley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Frank Delvalle

U.S. ATTORNEY: Bruce Brown pr    DEFT. COUNSEL: Ana Jones
Chris Clark

REASON FOR HEARING: sentencing

RESULT OF HEARING: Sentence Imposed: 1 year + 1 day ~~attached~~ BOP, 3 years Supervised Release, no Fine, $100.00 assessment.

Court recommends credit for time served from 1/20/01.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.