AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **RAYMOND DEL VALLE** | Case Number: **0:00CR06194-001** |
| | Ana Jhones, Esq./Christopher Clark, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon | 01/20/2000 | 1 |

FILED by _____ D.C.

FEB 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 10/29/1962 |
| Defendant's USM No.: | 55156-004 |
| Defendant's Residence Address: | |
| **Federal Detention Center** | |
| **33 NE 4th Street** | |
| **Miami** **FL** **33132** | |
| Defendant's Mailing Address: | |
| **Federal Detention Center** | |
| **33 NE 4th Street** | |
| **Miami** **FL** **33132** | |

12/01/2000
Date of Imposition of Judgment

_signature_

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

December 1, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date

DEFENDANT: **RAYMOND DEL VALLE**
CASE NUMBER: **0:00CR06194-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ **a year and a day**.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant receive credit for time served from January 20, 2000.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ a.m./p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __6-19-2001__ to __FCI Coleman__
at __Coleman-Low__ , with a certified copy of this judgment.

R. D. Swope Warden
UNITED STATES MARSHAL

By Mulvey Rodgers LIE
Deputy U.S. Marshal